Hon. Richard A. Jones

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MINHNGA NGUYEN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | NO. 2:15-CV-00793-RAJ<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF** |

Before the Court is Plaintiff's Motion to Withdraw as Counsel for Plaintiff. Dkt. # 66. The Court has considered the written materials submitted, and enters the following order:

It is ORDERED, that

1.　Carrie Coppinger Carter, Karen M. Phillips and the law offices of Coppinger Carter, P.S. are permitted to withdraw as counsel of record for plaintiff Minhnga Nguyen.

Page 1 – ORDER GRANTING MOTION TO WITHDRAW



    2.    All future pleadings shall be served on plaintiff at:

    Minhnga Nguyen
2917 95th Street SE
Everett, WA 98208
minhnga_thisi@yahoo.com
425-316-8621

IT IS SO ORDERED.

ENTERED this 27th day of July, 2017.



The Honorable Richard A. Jones
United States District Judge

Page 2 – ORDER GRANTING MOTION TO WITHDRAW

COPPINGER CARTER P.S.
ATTORNEYS AT LAW
100 Central Avenue, Bellingham, WA 98225
www.coppingercarter.com
360.676.7545 phone
360.306.8369 fax