HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MINHNGA NGUYEN,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

Case No. C15-00793-RAJ

ORDER

This matter comes before the Court on Plaintiff's objections to Defendant's submitted deposition designations. Dkt. # 122. On April 27, 2017, the parties submitted Plaintiff's objections to deposition designations of Keith Sellers' deposition transcript ("Deposition") and Defendant's responses. Having reviewed the submissions of the parties, the relevant portions of the transcript, and the applicable law, the Court rules as follows: Plaintiff's objections to Deposition excerpts 16:2-16:15, 19:3-4, 32:21-33:11, and 34:5-20 are sustained, and Plaintiff's objections to Deposition excerpts 16:16-18:18, 18:24-19:2, and 19:5-12 are overruled. The Court further rules that Deposition excerpt 18:19-23 is only admitted for the limited purpose of providing context as to why the witness acted as he did and his thought process concerning the relevant disciplinary action.

DATED this 1st day of May, 2018.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1