UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MINHNGA NGUYEN,

    Plaintiff,

  v.

THE BOEING COMPANY,

    Defendant.

Case No. 2:15-CV-00793-RAJ

~~PROPOSED~~ ORDER

Before the Court is Plaintiff's Motion to Withdraw as Counsel. Dkt. # 147. The Court has considered the written materials submitted, and enters the following order:

It is **ORDERED**:

1. Darryl Parker and the Civil Rights Justice Center, PLLC, are permitted to withdraw as counsel of record for Plaintiff Minhnga Nguyen.

2. All future pleadings in this matter should be directed to Plaintiff at said address:

   Minhnga Nguyen, 2917 95th Street SE, Everett, WA 98208
   Phone: (425) 316-8621

DATED this 9th day of April, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1